McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
Donna M. Montano
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: donna.montano@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| PATRICIA BECERRA,    )<br>    )<br>    Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>MICHAEL J. ASTRUE[1],    )<br>Commissioner of    )<br>Social Security,    )<br>    )<br>    Defendant.    )<br>_____) | CIVIL NO. 06-1475 DLB<br><br>STIPULATION AND ORDER TO<br>EXTEND TIME TO FILE DEFENDANT'S<br>RESPONSE TO OPENING BRIEF |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Opening Brief be extended from June 10 2007 to July 31, 2007.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. Defendant needs the additional time to consider whether settlement is possible and to prepare a response in this matter.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                                              Respectfully submitted,

Dated: July 9, 2007                    /s/ Young Cho
                                      (As authorized via e-mail)
                                      YOUNG CHO
                                      Attorney for Plaintiff

Dated: July 9 2007                   McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                        /s/ *Donna M. Montano*
                                      DONNA M. MONTANO
                                      Special Assistant U.S. Attorney

**IT IS SO ORDERED.**

    **Dated:   July 11, 2007**               **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE